IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20164
Conference Calendar
_____

LAWRENCE R. ALBERTI ET AL.,

                                        Plaintiffs,

versus

JOHNNY KLEVENHAGEN, Sheriff,

                                        Defendant,

and

KENNETH M. BANKS,

                                        Movant-Appellant,

versus

JAMES T. OITZINGER,

                                        Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-72-1094
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Kenneth M. Banks's motion to proceed in forma pauperis on

appeal from the district court's order denying his petition for

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

writ of mandamus is DENIED. The appeal is frivolous, and it is DISMISSED. <u>See</u> 5th Cir. R. 42.2.

Banks was previously warned that filing future frivolous matters in this court would result in disciplinary sanctions. <u>See</u> <u>In re Banks</u>, 94-00284 (5th Cir. Mar. 6, 1995). Accordingly, Banks is BARRED from filing any <u>pro</u> <u>se</u>, <u>in</u> <u>forma</u> <u>pauperis</u>, civil appeal in this court, or any <u>pro</u> <u>se</u>, <u>in</u> <u>forma</u> <u>pauperis</u>, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Banks, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.